**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Williamson DIMANCHE, Defendant–Appellant.**

**No. 07–15754**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 5, 2008.

Ray Christopher Lopez, Lopez & Rossi, Tampa, FL, for Defendant–Appellant.

Before TJOFLAT, ANDERSON and MARCUS, Circuit Judges.

PER CURIAM:

Ray Lopez, counsel for Williamson Dimanche, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Dimanche has filed a document that we have construed as a motion for an extension of time to file a supplemental reply to the *Anders* motion. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Dimanche was able to file a response to counsel's brief raising several issues of alleged arguable merit. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dimanche's conviction and sentence are **AFFIRMED.** Because Dimanche had opportunity to file an extensive response to counsel's motion, his motion for an extension of time to file a supplemental reply is **DENIED.**